STATE OF NEW JERSEY v. WILLIE WILLIAMS.

October 11, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GOODE.

October 11, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. VERNARD BURNEY.

October 11, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK C. HASKELL.

October 11, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CARRUTH.

October 11, 1988.

Petition for certification denied.